■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID J. PASTORELLI, Appellant. [676 NYS2d 391] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Robbery, 1st Degree.) Present—Green, J. P., Lawton, Wisner, Callahan and Boehm, JJ.